DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. ARTIS

No. 37 PC.

Case below: 21 N.C. App. 73.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.


STATE v. CLARK

No. 49 PC.

Case below: 21 N.C. App. 35.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.


STATE v. COBLE

No. 65.

Case below: 20 N.C. App. 575.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 26 March 1974.


STATE v. McQUEARY

No. 5 PC and No. 35.

Case below: 20 N.C. App. 472.

Petition for writ of certiorari to North Carolina Court of Appeals denied 26 March 1974. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 26 March 1974.


STATE v. MARKHAM

No. 48 PC.

Case below: 20 N.C. App. 736.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.